IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARIA HILL, ADC #709606**                                            **PLAINTIFF**

v.                    **CASE NO. 4:14CV00187 BSM**

**ARKANSAS, STATE OF, et al.**                                      **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been reviewed, and no objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment will not be taken in good faith.

An appropriate judgment shall accompany this order.

DATED this 25th day of June 2014.

                                                          /s/ Brian S. Miller
                                                         UNITED STATES DISTRICT JUDGE