IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARIA HILL, ADC #709606**                                                                 **PLAINTIFF**

**v.**                        **CASE NO. 4:14CV00187 BSM**

**ARKANSAS, STATE OF, et al.**                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered this day, this case is dismissed.

DATED this 25th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE